*E. Dumont* and *G. Durbin*, for the appellant.

May Term,<br>1861.<br><br>KIRLAND<br>v.<br>KLINE.

---

## KIRLAND *v.* KLINE.

An application for a continuance on the ground of absent witnesses should not be granted unless the party applying shows that he has used due diligence to obtain their testimony.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—Suit upon a note. Application for continuance on account of absent witnesses. Application overruled. Judgment on the note. The defendant was served with process *July* 30. The term of the Court commenced on *August* 13, following, and the cause was called on the 15th of that

*Friday,*<br>*June 7.*

month, when the application for continuance was made. No steps had been taken to procure the evidence of the witnesses, though they resided, as the defendant all the time knew, in *Dayton, Ohio*, within five hours' ride of *Indianapolis*. Due diligence was not shown, and the continuance was rightly refused.

The judgment is affirmed, with 1 per cent. damages and costs.

*O. W. Wilson*, for the appellant.

*J. N. Sweetser*, for the appellee.